UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK A. WHITE, SR.<br>TEX. DOC #827179 | CIVIL ACTION NO. 5:14-cv-3049 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the complaint be **DISMISSED WITHOUT PREJUDICE** to White's ability to re-file his complaint in a Court of proper venue and jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 29 day of January, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE